**Fill in this information to identify the case:**

Debtor name **Pachanga, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    X _~~Lars Akerlund~~_ _____
Signature of individual signing on behalf of debtor

**Lars Akerlund**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Pachanga, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **10 Park Avenue Tenants' Corp c/o AKAM Associates Inc 260 Madison Avenue New York, NY 10016** | | amounts due under lease (10 Park Avenue - terminated) | | | | $61,686.59 |
| **122 East 42nd Street LLC c/o Ingram Yuzek 250 Park Avenue New York, NY 10177** | | amounts due under lease (380 Lexington - terminated) | **Unliquidated Disputed** | | | $128,935.92 |
| **141 E. 88th Street Realty LLC c/o Ashkenazy Acquisition Corporation 150 E 58th Street Fl 39 New York, NY 10155** | | amounts due under lease (1331 Lexington - terminated) | | | | $112,275.34 |
| **20th and Seventh Associates c/o The Related Companies 60 Columbus Circle New York, NY 10023** | | amounts due under lease (157 7th Avenue - terminated) | | | | $276,957.31 |
| **303 Park Avenue South Leasehold Co., LLC c/o Cutler Minikes & Adelman LLP 708 Third Avenue 5Fl New York, NY 10017** | | amounts due under lease (303 Park Avenue - terminated) | | | | $116,925.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Pachanga, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **600 Lexington Owner LLC 420 Lexington Avenue New York, NY 10170** | | amounts due under lease (600 Lexington - terminated) | | | | $54,278.32 |
| **66 Blue Pearl Retail LLC c/o Smith & Krantz, LLP 122 E 42nd Street Ste 1518 New York, NY 10168** | | amounts due under lease (66 Pearl Street) | | | | $63,187.98 |
| **American Express 200 Vesey Street New York, NY 10285** | | credit card debt | | | | $48,576.95 |
| **BRE 119 W 40th Parent LLC c/o Blank Rome LLP, Attn: Harris N Cogan 405 Lexington New York, NY 10174** | | amounts due under lease (114 W 41st Street) | | | | $79,686.97 |
| **Capital One 15000 Capital One Dr Richmond, VA 23238** | | credit card debt | | | | $19,582.41 |
| **ConEdison PO Box 1702 New York, NY 10116** | | utilities provider | | | | $10,432.00 |
| **JP Morgan Chase PO Box 9001022 Louisville, KY 40290** | | unsecured line of credit | | | | $101,240.72 |
| **Lars Akerlund 335 S End Avenue #30J New York, NY 10280** | | loan | | | | $180,000.00 |
| **MA Owners Inc. 400 Post Ave Ste 303 Westbury, NY 11590** | | amounts due under lease (470 park Avenue South - terminated) | | | | $26,584.94 |
| **Meister Seelig & Fein LLP Danile Dwyer 125 Park Avenue, 7th floor New York, NY 10017** | | legal services | | | | $10,000.00 |
| **NYC Department of Finance 59 Maiden Ln Fl 28 New York, NY 10038** | | Commercial Real Estate Tax | | | | $72,844.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Pachanga, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Oved and Oved LLP 401 Greenwich Street New York, NY 10013** | | **legal services** | | | | **$50,000.00** |
| **Pick & Zabicki LLP 369 Lexington New York, NY 10017** | | **legal services** | | | | **$12,009.00** |
| **SP 101 W 15 LLC c/o Stonehenge Management LLC 888 Seventh Avenue 3rd Fl New York, NY 10106** | | **amounts due under lease (555 6th Avenue - terminated)** | | | | **$101,380.03** |
| **Truffles II, LLC 10470 Queens Blvd Ste 402 Forest Hills, NY 11375** | | **amounts due under lease (450 Washington)** | | | | **$15,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Pachanga, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................... $     0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................ $     526,539.67

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................. $     526,539.67

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $     **11,734,729.49**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $     **77,794.66**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$     **1,517,112.19**

4. **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b
   $     **13,329,636.34**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Pachanga, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Capital One** | **Checking** | **8760** | $0.00 |
| 3.2. | **Capital One** | **Checking** | **8906** | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                                      $0.00
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1. | **See attached Addendum #7** | $486,460.83 |
|---|---|---|

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Pachanga, Inc.**    Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| 8.1. | Prepayment on property, liability, auto and umbrella insurance (Travelers Insurance Company); annual premium of $32,787.08; term 7/26/18 - 7/26/19 | $33,977.18 |

**9.    Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                    $520,438.01

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Computer equipment | $4,951.66 | Net book value | $4,951.66 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.    Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.                                    $4,951.66

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **Pachanga, Inc.**                                          Case number *(If known)* _____
          Name

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** www.fikanyc.com | **Unknown** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** Computer software | **$1,150.00** | Net book value | **$1,150.00** |
| 65.  **Goodwill** | | | |

66.    **Total of Part 10.**                                              | **$1,150.00** |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Pachanga, Inc.**                                               Case number *(If known)* _____
            Name

■ No
☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Pachanga, Inc.**
Name

Case number *(If known)* _____

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $520,438.01 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,951.66 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,150.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $526,539.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $526,539.67 |

PACHANGA, INC. ADDENDUM B.7

| Description | Holder | Address | Amount |
|---|---|---|---|
| Rent deposit for 41 W 58th Street | CPS Associates LLC | c/o Atco Properties & Management; 97-77 Queens Blvd., 11th floor; Rego Park, NY 11374 | $ 22,750.00 |
| Rent deposit for 66 Pearl Street | 66 Blue Pearl Retail LLC | c/o Smith & Krants LLP; 122 E 42nd Street, Ste 1518; NYC, NY 10168 | $ 34,500.00 |
| Rent deposit for 114 W 41st Street | BRE 114 West Street LLC | c/o Blank Rome LLP, Harris N Cogan, 405 Lexington, NYC, NY 10174 | $ 103,720.83 |
| Rent deposit for 824 10th Avenue | 824 Tenth Avenue Company LLC | c/o West Side Trading Inc., 826 tenth Avenue, NYC, NY 10019; attn: kate Eustace | $ 100,000.00 |
| Rent deposit for 450 Washington | Truffles II, LLC | c/o The Jack Parker Corporation; 118 W 57th Street, NYC, NY 10019; attn: Cynthia Wong | $ - |
| Rent deposit for WTC | New WTC Retail Owner LLC | c/o Herrick Feinstein LLC, 2 Park Avenue, New York, NY 10016-5675 | $ 122,000.00 |
| Rent deposit for 157 7th Avenue | 20th and Seventh Associates LLC | c/o Cozen O'Connor, 45 Broadway, NYC, NY 10006; attn: Menachem Kastner, Ally hack | $ 83,750.00 |
| Utilities deposit 66 Pearl Street | ConEdison | Po Box 1702, New York, NY 10116 | $ 3,375.00 |
| Utilities deposit 450 Washington | ConEdison | Po Box 1702, New York, NY 10117 | $ 4,650.00 |
| Utilities deposit 157 7th Avenue | ConEdison | Po Box 1702, New York, NY 10118 | $ 2,625.00 |
| Utilities deposit 41 W 58th Street | ConEdison | Po Box 1702, New York, NY 10119 | $ 1,880.00 |
| Utilities deposit 824 10th Avenue | ConEdison | Po Box 1702, New York, NY 10120 | $ 7,210.00 |

**Fill in this information to identify the case:**

Debtor name **Pachanga, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | | Column A | Column B |
|---|---|---|---|---|
|  | | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | | Do not deduct the value of collateral. | |

**2.1  Corporation Service Company**
Creditor's Name

Describe debtor's property that is subject to a lien — **Unknown** — **Unknown**

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2  FAL Coffee Roasters LLC**
Creditor's Name

Describe debtor's property that is subject to a lien — **$124,830.49** — **Unknown**

**499 Van Brunt St. #3a**
**Brooklyn, NY 11231**
Creditor's mailing address

**Describe the lien**
**Judgment Lien**
Is the creditor an insider or related party?

Creditor's email address, if known

☑ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**5/17/18**
**Last 4 digits of account number**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Debtor **Pachanga, Inc.**
_____
Name

Case number (if know) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **FIKA Acquisitions LLC** | |
|---|---|---|

Creditor's Name

**c/o Cozen O'Connor**
**277 Park Ave.**
**New York, NY 10172**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/13/14 - 9/6/17**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**UCC Financing Statement**
**Is the creditor an insider or related party?**

☐ No
■ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,115,604.00**    **Unknown**

---

| 2.4 | **Financial Pacific Leasing** | |
|---|---|---|

Creditor's Name

**PO Box 4567**
**Federal Way, WA 98063**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Equipment subject to equipment leasing**
**agreement dated 11/4/16 with Financial**
**Pacific Leasing**

Describe the lien
**UCC Financing Statement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$24,295.00**    **Unknown**

---

| 2.5 | **Itria Ventures LLC** | |
|---|---|---|

Creditor's Name

**462 Seventh Avenue, 20th**
**Floor**
**New York, NY 10018**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Credit card receivables**

Describe the lien
**Judgment Lien**
**Is the creditor an insider or related party?**

■ No

**Unknown**    **Unknown**

---

Debtor   **Pachanga, Inc.**                                            Case number (if know) _____
         Name

Creditor's email address, if known _____        ☐ Yes
                                                          **Is anyone else liable on this claim?**
**Date debt was incurred**                                ☐ No

**Last 4 digits of account number**                        ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**                          **As of the petition filing date, the claim is:**
**interest in the same property?**                         Check all that apply
 ■ No                                                      ☐ Contingent
☐ Yes. Specify each creditor,                              ☐ Unliquidated
including this creditor and its relative                    ■ Disputed
priority.

---

| 2.6 | **Lynco Financial Services** |
| --- | --- |

Creditor's Name

**1715 NW 114th Loop**
**Building 2**
**Ocala, FL 34475**

Creditor's mailing address

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
 ■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**          Unknown          Unknown

**Describe the lien**

**Is the creditor an insider or related party?**
 ■ No
☐ Yes
**Is anyone else liable on this claim?**
 ■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Pawnee Leasing Corp.** |
| --- | --- |

Creditor's Name

**2301 Automation Way**
**Fort Collins, CO 80525**

Creditor's mailing address

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
 ■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**          Unknown          Unknown
**Equipment subject to collateral lease**
**agreement**

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**
 ■ No
☐ Yes
**Is anyone else liable on this claim?**
 ■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Small Business** | **Describe debtor's property that is subject to a lien** | **$470,000.00** | Unknown |
| --- | --- | --- | --- | --- |
| | **Administration** | | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 5

Debtor    **Pachanga, Inc.**                                          Case number (if known) _____
                Name

| | |
|---|---|
| Creditor's Name | **Inventory, A/R, fixtures and machinery** |
| **800 Tom Martin Drive** | |
| **Suite 120** | |
| **Birmingham, AL 35211** | |
| Creditor's mailing address | **Describe the lien** |
| | **UCC Financing Statement** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| | | | |
|---|---|---|---|
| 2.9 | **Strategic Equipment Finance** | Describe debtor's property that is subject to a lien | **Unknown** **Unknown** |
| | Creditor's Name | | |
| | **1715 NW 114th Loop** | | |
| | **Building 2** | | |
| | **Ocala, FL 34475** | | |
| | Creditor's mailing address | **Describe the lien** | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| 2.10 | **Targeted Lease Capital LLC** | Describe debtor's property that is subject to a lien | **Unknown** **Unknown** |
| | Creditor's Name | **Equipment at 450 Washington** | |
| | **5500 Main Street** | | |
| | **Suite 300** | | |
| | **Williamsville, NY 14221** | | |
| | Creditor's mailing address | **Describe the lien** | |
| | | **UCC Financing Statement** | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Pachanga, Inc.** | | Case number *(if know)* | |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 1 | **U.S. Foods** |
|---|---|

Creditor's Name

**1051 Amboy Avenue**
**Perth Amboy, NJ 08861**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                    Unknown          Unknown

**All assets**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$11,734,729. 49** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Duke Holzman**<br>**701 Soneca Street**<br>**Suite 750**<br>**Buffalo, NY 14210** | Line   **2.2** | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Pachanga, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Services<br>Centralized Insolvency Oper.<br>PO Box    7346<br>Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**      **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**for notice purposes only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| **2.2** | Priority creditor's name and mailing address<br>**NYC Department of Finance<br>59 Maiden Ln Fl 28<br>New York, NY 10038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$72,844.00**      **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Commercial Real Estate Tax** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Debtor | **Pachanga, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,950.66 | $0.00 |
|---|---|---|---|---|

**NYS Dep't of Taxation**
**Bankruptcy/Special Procedure**
**PO Box 5300**
**Albany, NY 12205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,686.59 |
|---|---|---|---|

**10 Park Avenue Tenants' Corp**
**c/o AKAM Associates Inc**
**260 Madison Avenue**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **amounts due under lease (10 Park Avenue - terminated)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128,935.92 |
|---|---|---|---|

**122 East 42nd Street LLC**
**c/o Ingram Yuzek**
**250 Park Avenue**
**New York, NY 10177**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **amounts due under lease (380 Lexington - terminated)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112,275.34 |
|---|---|---|---|

**141 E. 88th Street Realty LLC**
**c/o Ashkenazy Acquisition Corporation**
**150 E 58th Street Fl 39**
**New York, NY 10155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **amounts due under lease (1331 Lexington - terminated)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276,957.31 |
|---|---|---|---|

**20th and Seventh Associates**
**c/o The Related Companies**
**60 Columbus Circle**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **amounts due under lease (157 7th Avenue - terminated)**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Pachanga, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5**

Nonpriority creditor's name and mailing address

**303 Park Avenue South Leasehold Co., LLC**
**c/o Cutler Minikes & Adelman LLP**
**708 Third Avenue 5Fl**
**New York, NY 10017**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  amounts due under lease (303 Park Avenue - terminated)

Is the claim subject to offset? ■ No  ☐ Yes

**$116,925.00**

---

**3.6**

Nonpriority creditor's name and mailing address

**40 CPS Assocciates, LLC**
**c/o ATCO Properties & Management**
**555 Fifth Avenue Fl 16**
**New York, NY 10016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  amounts due under lease (58th Street)

Is the claim subject to offset? ■ No  ☐ Yes

**$8,363.60**

---

**3.7**

Nonpriority creditor's name and mailing address

**42nd and 10th Associates LLC**
**c/o The Related Companies**
**60 Columbus Circle Fl 19**
**New York, NY 10023**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  amounts due under lease (566 10th Avenue - terminated)

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.8**

Nonpriority creditor's name and mailing address

**52 Duane Associates LLC**
**589 Broadway**
**New York, NY 10012**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  amounts due under lease (52 Duane Street - terminated)

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.9**

Nonpriority creditor's name and mailing address

**600 Lexington Owner LLC**
**420 Lexington Avenue**
**New York, NY 10170**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  amounts due under lease (600 Lexington - terminated)

Is the claim subject to offset? ■ No  ☐ Yes

**$54,278.32**

---

**3.10**

Nonpriority creditor's name and mailing address

**66 Blue Pearl Retail LLC**
**c/o Smith & Krantz, LLP**
**122 E 42nd Street Ste 1518**
**New York, NY 10168**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  amounts due under lease (66 Pearl Street)

Is the claim subject to offset? ■ No  ☐ Yes

**$63,187.98**

---

**3.11**

Nonpriority creditor's name and mailing address

**824 Tenth Avenue Co., LLC**
**824 10th Avenue**
**New York, NY 10019**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  amounts due under lease (824 10th Avenue) - current

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Pachanga, Inc.** | Case number (if known) | |
|---|---|---|---|

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**ADT Security Services**
**PO BOX 371878**
**Pittsburg, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  security services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Aetna**
**55 Water Street**
**New York, NY 10041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  insurance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Agri Exotic Trading Inc**
**700 Route 46 West Ste 5**
**Clifton, NJ 07013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  food supplies

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$48,576.95** |
|---|---|---|---|

**American Express**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  credit card debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**AmGUARD Insurance Company**
**PO Box A-H, 16 S River Street**
**Wilkes-Barre, PA 18703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  insurance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**AT&T Mobility**
**PO Box 6463**
**carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  cell phone services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Bartlett Diary Inc**
**90-04 161st Street Ste 609**
**Jamaica, NY 11432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  food supplies

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Pachanga, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19**

**Nonpriority creditor's name and mailing address**

**BRE 119 W 40th Parent LLC**
**c/o Blank Rome LLP, Attn: Harris N Cogan**
**405 Lexington**
**New York, NY 10174**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$79,686.97**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **amounts due under lease (114 W 41st Street)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**

**Brian Fischler**
**c/o Lipsky Lowe**
**630 3rd Avenue Fl 5**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **class action lawsuit under ADA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Cabin Electrical**
**418 Smith Street**
**Perth Amboy, NJ 08861**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **repairs**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Capital One**
**15000 Capital One Dr**
**Richmond, VA 23238**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$19,582.41**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**

**City Suburban Plumbing**
**448 5th Avenue**
**Pelham, NY 10803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **plumbing services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24**

**Nonpriority creditor's name and mailing address**

**CLW Distributors Inc.**
**79 G Express Street**
**Plainview, NY 11803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **food supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Columbus Turnstyle**
**1745 Broadway Ste 1726**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **amounts due under lease (Columbus Circle - terminated)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pachanga, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,432.00 |
|---|---|---|---|

**ConEdison**
PO Box 1702
New York, NY 10116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **utilities provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Corporation Service Company**
PO Box 2576
Springfield, IL 62708

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **corporate services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**David Rosen Bakery Supplies Inc.**
59-21 Queens Midtown Expressway
Maspeth, NY 11378

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **food supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Down East Seafood Inc.**
311 Manida Street
Bronx, NY 10474

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **food supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**DSA Finance Corporation (for Home Brands**
PO Box 577520
Chicago, IL 60657

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **packaging supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Earn Freestyle**
9972 66th Rd 9M
Rego Park, NY 11374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **accounting services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Ecomp/Granite**
6600 Koll Center parkway Ste 100
Pleasanton, CA 94566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **insurance brokerage services**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Pachanga, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Eisner & Amper LLP**
**750 Third Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **accounting services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Emblem/HIP**
**Po Box 9329**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **health insurance MILA Solutions LLc**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Fernquist labeling Solutions**
**2544 Leghorn St.**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **labels and packaging**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Fodera Foods**
**129-02 Northern Blvd.**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **food supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$909.11**

**Ford Credit**
**PO Box 790072**
**St Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **vehicle leasing**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Gente Services**
**c/o Benefit tax Link**
**122 Parish Drive**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **transit benefits MILA Solutions**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Hamerle Associates**
**165 9th Avenue**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **amounts due under lease (180 9th Avenue - terminated)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pachanga, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address

**Haram Christensen Corporation**
125 Asia Place
Carlstadt, NJ 07072

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  food supplies

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address

**Hemisphere Group Inc**
221 Mt. Pleasant Road
Smithtown, NY 11787

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  food supplies

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address

**IESI Corp.**
99 Wood Avenue South Ste 1001
Iselin, NJ 08830

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  waste management

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address

**Imperial Dade**
255 Route 1 and 9
Jersey City, NJ 07306

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  foodservice packaging, facilities maintennace
supplies

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address

**IRL Systems Inc**
1650 Bath Avenue
Brooklyn, NY 11214

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  security services (fire)

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address

**ITC Communcations Inc**
1152 SE Gateway Dr #100
Grimes, IA 50111

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  IT services

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address

**JP Morgan Chase**
PO Box 9001022
Louisville, KY 40290

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$101,240.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  unsecured line of credit

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Pachanga, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$180,000.00** |
|---|---|---|---|

**Lars Akerlund**
**335 S End Avenue #30J**
**New York, NY 10280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Level Up**
**1 Federal Street**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Payment processing services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,584.94** |
|---|---|---|---|

**MA Owners Inc.**
**400 Post Ave Ste 303**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **amounts due under lease (470 park Avenue South - terminated)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Marve'**
**115 W 18th Street**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **food supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**MEC**
**c/o Benefits Management Group**
**1520 Kinsington Road St 200**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **health insurance MILA Solutions LLc**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Meister Seelig & Fein LLP**
**Danile Dwyer**
**125 Park Avenue, 7th floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Morrison & Tenenbaum PLLC**
**Lawrence Morrison**
**87 Walker**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pachanga, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**New WTC Retail Owner LLC**
**c/o Herrick, Feinstein LLC**
**2 Park Ave**
**New York, NY 10016**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **amounts due under lease (WTC - terminated)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Noble Ingredients**
**575 N Route 73, Building D, Cooper Exec**
**West Berlin, NJ 08091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **food supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Nuts.com**
**125 Moen Street, Cranford**
**Cranford, NJ 07016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **food supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**NYB Distributors**
**270K Duffy Ave**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **food supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Oscar**
**295 Lafayette Street**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Oved and Oved LLP**
**401 Greenwich Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Oxford**
**12 Christopher Way**
**Eatontown, NJ 07724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **health insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Pachanga, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**Panatea LLC**
**50 Murray Street  #409**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  food supplies

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**Paris Gourmet**
**145 Grand Street**
**Carlstadt, NJ 07072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  food supplies

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**Paycom**
**7502 W Memorial Road**
**Oklahoma City, OK 73142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  payroll processing

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**Paypal**
**2145 Hamilton Avenue**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  payment processing

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,009.00** |
|---|---|---|---|

**Pick & Zabicki LLP**
**369 Lexington**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  legal services

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**PR Newswire Association LLC**
**602 Plaza three, Harborside Financial Ce**
**Jersey City, NJ 07311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  PR relations

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**Print Sure LLC**
**105 Garlisch Dr.**
**Elk Grove Village, IL 60007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:**  packaging supplies

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Pachanga, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Reing and Reing PLLC**
**1360 Sunny Ridge Road**
**New York, NY 10547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**RJS Pest Management**
**286 Madison Ave., Ste 502**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **pest management**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Rosenberg & Estis PC**
**733 Third Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Russel Reed**
**PO Box 130**
**Keasbey, NJ 08832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **waste management**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**S&W Wilson Enterprises Inc**
**100 W 9th St**
**Brooklyn, NY 11231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **repairs and maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Saks Incorporated**
**225 Liberty Street**
**New York, NY 10281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **licensing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Schaller & Weber Inc**
**1654 2nd Avenue**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **food supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pachanga, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**SKS Bottle & Packaging LLC**
**2600 7th Avenue, Bldg 60 West**
**watervliet, NY 12189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **packaging supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $101,380.03 |
|---|---|---|---|

**SP 101 W 15 LLC**
**c/o Stonehenge Management LLC**
**888 Seventh Avenue 3rd Fl**
**New York, NY 10106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **amounts due under lease (555 6th Avenue -**
**terminated)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Spectrum**
**120 E 23rd Street 8th floor**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **office supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Staples**
**P.o. Box 415256**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **offices supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**The AOI Matcha Tea Company**
**16651 Gothard St Unit M**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **beverage supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**The Revere Group**
**PO Box 80157**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **food supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Travelers - liability**
**One Tower Square**
**Hartford, CT 06183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **property & liability insurance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pachanga, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Traveles - WC isnurance**
**1365 Garden of Gods Road Ste 110**
**Colorado Springs, CO 80907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.83 |
|---|

**Nonpriority creditor's name and mailing address**

**Truffles II, LLC**
**10470 Queens Blvd Ste 402**
**Forest Hills, NY 11375**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **amounts due under lease (450 Washington)**

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

| 3.84 |
|---|

**Nonpriority creditor's name and mailing address**

**Uline**
**PO BOX 88741**
**Chicago, IL 60680**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **shipping materials**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.85 |
|---|

**Nonpriority creditor's name and mailing address**

**Unique Coffee Roasters**
**3075 Richmond Terrace**
**Staten Island, NY 10303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **coffee supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.86 |
|---|

**Nonpriority creditor's name and mailing address**

**UPS**
**55 Glenlake Parkway NE**
**Atlanta, GA 30328**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **shipping**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.87 |
|---|

**Nonpriority creditor's name and mailing address**

**Valhorna**
**222 Water Street**
**Brooklyn, NY 11201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **food supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

| 3.88 |
|---|

**Nonpriority creditor's name and mailing address**

**VBP&P**
**115 E. Stevens Avenue, Suite 206**
**Valhalla, NY 10595**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **legal services**

Is the claim subject to offset? ■ No ☐ Yes

**$8,000.00**

---

| Debtor | Pachanga, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Verizon**
**500 Technology Drive Ste 550**
**Weldon Spring, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  phone and cable services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**WB Mason**
**Po Box 111, 59 Centre Street**
**Brockton, MA 02303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  phone and cable services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Wynd**
**120 Duane Street**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  shipping

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Zurich NA**
**1299 Zurich Way**
**Schaumburg, IL 80196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  property & liability insurance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **20th and Seventh**<br>**c/o Cozen O'Connor**<br>**45 Broadway**<br>**New York, NY 10006** | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Allen M. Turek**<br>**Turek Roth Mester**<br>**377 5th Avenue, FL 6**<br>**New York, NY 10016** | Line  **3.39**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Lex NY Equities LLC**<br>**20 Westport Road**<br>**Floor 3**<br>**Wilton, CT 06897** | Line  **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Michael Levitt & Rubenstein**<br>**60 Columbus Circle**<br>**19th Floor**<br>**New York, NY 10023** | Line  **3.7**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor    **Pachanga, Inc.**
　　　　　Name

Case number (if known) _____

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 77,794.66 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,517,112.19 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,594,906.85 |

**Fill in this information to identify the case:**

Debtor name    **Pachanga, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Occupancy agreement for 157 7th Avenue** | |
| | State the term remaining | **Month to month** | **20th and Seventh c/o Cozen O'Connor 45 Broadway New York, NY 10006** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for 41 W. 58th Street** | |
| | State the term remaining | **2/28/26** | **40 CPS Associates, LLC c/o ATCO Properties & Mgmt 555 Fifth Avenue, FL 16 New York, NY 10016** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 66 Pearl Street** | |
| | State the term remaining | **7/31/21** | **66 Pearl Street Retail c/o Smith & Krantz 122 E. 42nd St., Ste 1518 New York, NY 10168** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for 824 10th Avenue** | |
| | State the term remaining | **12/30/23** | **824 Tenth Avenue Co., LLC 824 Tenth Avenue New York, NY 10019** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Pachanga, Inc.** | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for 114 W. 41st Street** | |
|---|---|---|---|
| | State the term remaining | **11/30/28** | **BRE 119 W. 40th Parent c/o Blank Rome 405 Lexington New York, NY 10174** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Finance Agreement (#0708710-302)** | |
|---|---|---|---|
| | State the term remaining | | **Lynco Financial Services 1715 NW 114th Loop Building 2 Ocala, FL 34475** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Finance Agreement (#708710-303)** | |
|---|---|---|---|
| | State the term remaining | | **Lynco Financial Services 1715 NW 114th Loop Building 2 Ocala, FL 34475** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Equipmen Finance Agreement (#070871-301)** | |
|---|---|---|---|
| | State the term remaining | | **Lynco Financial Services 1715 NW 114th Loop Building 2 Ocala, FL 34475** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **License agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tries Co. Ltd 3-1-16 Nanotsu Chuo-ku, Fukuoka City Japan** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for 450 Washington Street** | |
|---|---|---|---|
| | State the term remaining | **1/31/23** | **Truffles II, LLC c/o Jack Parker Group 10471 Queens Blvd, Suite 402 Forest Hills, NY 11375** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Pachanga, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**Fill in this information to identify the case:**

Debtor name    **Pachanga, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Corossol FIKA Tower LLC** | **824 10th Avenue New York, NY 10019** | **FIKA Acquisitions LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Corossol LLC** | **824 10th Avenue New York, NY 10019** | **FIKA Acquisitions LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Corossol Tribeca LLC** | **824 10th Avenue New York, NY 10019** | **Itria Ventures LLC** | ■ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Corossol Tribeca LLC** | **824 10th Avenue New York, NY 10019** | **FIKA Acquisitions LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **FIKA 1331 Lexington Avenue LLC** | **824 10th Avenue New York, NY 10019** | **FIKA Acquisitions LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Pachanga, Inc.** | Case number *(if known)* | |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **FIKA 141 W 41st Street LLC** | 824 10th Avenue New York, NY 10019 | **Itria Ventures LLC** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.7 | **FIKA 141 W 41st Street LLC** | 824 10th Avenue New York, NY 10019 | **FIKA Acquisitions LLC** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.8 | **FIKA 157 7th Avenue LLC** | 824 10th Avenue New York, NY 10019 | **FIKA Acquisitions LLC** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.9 | **FIKA 303 Park Avenue South LLC** | 824 10th Avenue New York, NY 10019 | **Itria Ventures LLC** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.10 | **FIKA 303 Park Avenue South LLC** | 824 10th Avenue New York, NY 10019 | **FIKA Acquisitions LLC** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.11 | **FIKA 41 W 58th Street LLC** | 824 10th Avenue New York, NY 10019 | **FIKA Acquisitions LLC** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.12 | **FIKA 555 6th Avenue LLC** | 824 10th Avenue New York, NY 10019 | **Itria Ventures LLC** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.13 | **FIKA 555 6th Avenue LLC** | 824 10th Avenue New York, NY 10019 | **FIKA Acquisitions LLC** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

Debtor    **Pachanga, Inc.** _____    Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 **FIKA 600 Lexington LLC** | 824 10th Avenue New York, NY 10019 | **FIKA Acquisitions LLC** | ▪ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.15 **FIKA 66 Pearl Street LLC** | 824 10th Avenue New York, NY 10019 | **FIKA Acquisitions LLC** | ▪ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.16 **FIKA 824 10th Avenue LLC** | 824 10th Avenue New York, NY 10019 | **Itria Ventures LLC** | ▪ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.17 **FIKA 824 10th Avenue LLC** | 824 10th Avenue New York, NY 10019 | **FIKA Acquisitions LLC** | ▪ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.18 **FIKA Apthorp LLC** | 824 10th Avenue New York, NY 10019 | **Itria Ventures LLC** | ▪ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.19 **FIKA Apthorp LLC** | 824 10th Avenue New York, NY 10019 | **FIKA Acquisitions LLC** | ▪ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.20 **FIKA Catering LLC** | 824 10th Avenue New York, NY 10019 | **FIKA Acquisitions LLC** | ▪ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.21 **FIKA Chanin LLC** | 824 10th Avenue New York, NY 10019 | **FIKA Acquisitions LLC** | ▪ D ___2.3___ ☐ E/F _____ ☐ G _____ |

| Debtor | **Pachanga, Inc.** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.22 | **FIKA Columbus Circle LLC** | 824 10th Avenue New York, NY 10019 | **FIKA Acquisitions LLC** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.23 | **FIKA Espresso Bars LLC** | 824 10th Avenue New York, NY 10016 | **Brian Fischler** | ☐ D _____ ■ E/F ___3.20___ ☐ G _____ |
| 2.24 | **FIKA Espresso Bars LLC** | 824 10th Avenue New York, NY 10016 | **FIKA Acquisitions LLC** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.25 | **FIKA Park Avenue South LLC** | 824 10th Avenue New York, NY 10019 | **Itria Ventures LLC** | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.26 | **FIKA Park Avenue South LLC** | 824 10th Avenue New York, NY 10019 | **FIKA Acquisitions LLC** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.27 | **FIKA Tribeca LLC** | 824 10th Avenue New York, NY 10019 | **Itria Ventures LLC** | ■ D ___2.5___ ☐ E/F _____ ☐ G _____ |
| 2.28 | **FIKA Tribeca LLC** | 824 10th Avenue New York, NY 10019 | **FIKA Acquisitions LLC** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.29 | **FIKA Web Orders LLC** | 824 10th Avenue New York, NY 10019 | **FIKA Acquisitions LLC** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |

| Debtor | **Pachanga, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.30 | **MILA Solutions LLC** | **824 10th Avenue New York, NY 10019** | **FIKA Acquisitions LLC** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Pachanga, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |
   | **For prior year:** From **1/01/2017** to **12/31/2017** | **Refund** | **$6,228.83** |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   | --- | --- | --- | --- | --- |
   | 3.1. | **See attached Addendum #3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

| Debtor | **Pachanga, Inc.** | Case number *(if known)* | |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Lars Akerlund**<br>**824 10th Avenue**<br>**New York, NY 10019**<br>**President** | **9/29/17**<br>**($11,000)**<br>**1/31/18**<br>**($11,000)**<br>**2/28/18**<br>**($11,000)**<br>**3/30/18**<br>**($11,000)**<br>**4/27/18**<br>**($11,000)**<br>**5/31/18**<br>**($11,000)** | **$66,000.00** | **Salary** |
| 4.2.  **Lena Khoury**<br>**824 10th Avenue**<br>**New York, NY 10019**<br>**Director of Sales & Marketing** | **9/29/17**<br>**($5,000)**<br>**10/31/17**<br>**($5,000)**<br>**11/20/17**<br>**($5,000)**<br>**12/29/17**<br>**($5,000)**<br>**1/31/18**<br>**($7,500)**<br>**2/28/18**<br>**($7,500)**<br>**3/30/18**<br>**($7,500)**<br>**4/27/18**<br>**($7,500)**<br>**5/31/18**<br>**($7,500)** | **$57,500.00** | **Salary** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Itria Ventures LLC**<br>**462 Seventh Avenue, 20th Floor**<br>**New York, NY 10018** | **Funds seized from Debtor's bank account** | **7/19/18** | **$10.23** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

---

| Debtor | **Pachanga, Inc.** | | Case number *(if known)* | |

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
    in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Itria Ventures LLC v. Pachanga, Inc., et al.**<br>**653298/2018** | **Confession of Judgment** | **New York County Supreme Court**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Itria Ventures LLC v. Pachanga, Inc., et al.**<br>**653300/2018** | **Confession of Judgment** | **New York County Supreme Court**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Itria Ventures LLC v. Pachanga, Inc., et al.**<br>**653302/2018** | **Confession of Judgment** | **New York County Supreme Court**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Itria Ventures LLC v. Pachanga, Inc., et al.**<br>**655305/2018** | **Confession of Judgment** | **New York County Supreme Court**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Itria Ventures LLC v. Pachanga, Inc., et al.**<br>**653306/2018** | **Confession of Judgment** | **New York County Supreme Court**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **20th and Seventh Associates, LLC v. Pachanga, Inc. et al.**<br>**055270/2018** | **Commercial holdover** | **New York County Civil Court, Part 52**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **66 Blue Pearl Retail LLC v. Pachanga, Inc.**<br>**064629/2018** | **Landlord/tenant dispute** | **New York County Civil Court, Part 52**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **122 East 42nd Street, LLC v. Pachanga, Inc.**<br>**60152/2018** | **Commerical non-payment** | **New York County Civil Court, Part 52**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **303 Park Avenue South Leasehold Co., LLC v. Pachanga, Inc. et al.**<br>**155995/2018** | **Landlord/tenant dispute** | **New York County Supreme Court**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Pachanga, Inc.**                                          Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.10. | **BRE 114 West Street LLC v. Pachanga, Inc.**<br>**18N068512** | **Commercial holdover** | **New York County Civil Court**<br>**111 Centre Street**<br>**New York, NY 10013** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Fischler v. FIKA Espresso Bars LLC et al.**<br>**18-01346** | **Americans With Disability Act compliance** | **U.S. District Court, SDNY**<br>**Daniel Patrick Moynihan US Courthouse**<br>**500 Pearl Street**<br>**New York, NY 10007** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Columbus Turnstyle LLC v. FIKA Columbus Circle et al.**<br>**510118/2017** | **Landlord/tenant dispute** | **Kings County Supreme Court**<br>**360 Adams Street**<br>**Brooklyn, NY 11201** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **FAL Coffee Roasters LLC v. Pachanga, Inc.**<br>**651053/2018** | **Breach of contract** | **New York County Supreme Court**<br>**60 Centre Street**<br>**New York, NY 10007** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **New WTC Retail Owner LLC v. Pachanga Inc.**<br>**653169/2016** | **Landlord/tenant dispute** | **New York County Supreme Court**<br>**60 Centre Street**<br>**New York, NY 10007** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**

Debtor    **Pachanga, Inc.**                                    Case number *(if known)* _____

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rubin LLC**<br>**345 Seventh Avenue**<br>**21st Floor**<br>**New York, NY 10001** | | **8/15/18** | **$100,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Goldberg Weprin Finkel Goldstein LLP**<br>**1501 Broadway**<br>**New York, NY 10036** | | **2/20/18 ($5,000)**<br>**2/21/18 ($5,000)**<br>**3/9/18 ($15,000)** | **$25,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

Debtor   **Pachanga, Inc.**                                                      Case number *(if known)*

---

| **Part 8:** | Health Care Bankruptcies |

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | Personally Identifiable Information |

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **M.C. Electrical NY, Inc. 157 Walsh Road Yonkers, NY 10701** | **Lars Akerlund 824 10th Avenue New York, NY 10019** | **Equipment and documents** | ☐ No ■ Yes |

---

Debtor    **Pachanga, Inc.**                                                      Case number *(if known)* _____

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **MILA Solutions LLC**<br>**824 10th Avenue**<br>**New York, NY 10019** | **Managment company for FIKA employees** | **EIN:    47-1173800**<br><br>**From-To    June 2014 - present** |

---

Debtor    **Pachanga, Inc.**                                    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.2.  **Corossol LLC**<br>**824 10th Avenue**<br>**New York, NY 10019** | **Holding company for wholesale bakery and wholesale chocolate factory businesses** | EIN:  **45-3801534**<br><br>From-To  **November 2011 - presen** |
| 25.3.  **FIKA Web Orders LLC**<br>**824 10th Avenue**<br>**New York, NY 10019** | **Online sales of FIKA products** | EIN:  **47-1382508**<br><br>From-To  **July 2014 - present** |
| 25.4.  **FIKA Catering LLC**<br>**824 10th Avenue**<br>**New York, NY 10019** | **Catering operations for FIKA** | EIN:  **47-1395345**<br><br>From-To  **July 2014 - present** |
| 25.5.  **FIKA Espresso Bars LLC**<br>**824 10th Avenue**<br>**New York, NY 10019** | **Holding company for numerous entities that operate or operated coffee shops/retail operations** | EIN:  **46-5046725**<br><br>From-To  **May 2013 - present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Erna Rismawaty**<br>**9972 66th Road, #9M**<br>**Rego Park, NY 11374** | **9/12/16 - 8/31/17 (employee)**<br>**5/11/18 - present (contractor)** |
| 26a.2. | **Mark Bloom**<br>**311 Princeton Court**<br>**Shrewsbury, NJ 07702** | **8/24/17 - 5/7/18** |
| 26a.3. | **Yvonne Kemp**<br>**90 Gold Street, #15K**<br>**New York, NY 10038** | **1/23/17 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Eisner Amper LLP**<br>**750 Third Avenue**<br>**New York, NY 10017** | **2/2/15 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Erna Rismawaty**<br>**9972 66th Road, #9M**<br>**Rego Park, NY 11374** | |

Debtor    **Pachanga, Inc.**                                          Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | **Yvonne Kemp**<br>**9972 66th Road, #9M**<br>**New York, NY 10038** | |
| 26c.3. | **Lars Akerlund**<br>**824 10th Avenue**<br>**New York, NY 10019** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Qatar Horizon**<br>**PO Box 24052**<br>**Qatar Al Jazeera Tower**<br>**Qatar** |
| 26d.2. | **HFZ Capital Group**<br>**600 Madison Avenue**<br>**New York, NY 10022** |
| 26d.3. | **Brooks, Houghton & Company**<br>**780 Third Avenue**<br>**New York, NY 10017** |
| 26d.4. | **HRG Group**<br>**450 Park Avenue**<br>**New York, NY 10022** |
| 26d.5. | **Pegasus Capital**<br>**850 Third Avenue**<br>**New York, NY 10022** |
| 26d.6. | **Wexford Capital**<br>**411 West Putnam Avenue**<br>**Greenwich, CT 06830** |
| 26d.7. | **Deloitte Corporate Finance**<br>**550 South Tryon Street**<br>**#2500**<br>**Charlotte, NC 28202** |
| 26d.8. | **Arcadia Investment Partners**<br>**152 W. 57th Street**<br>**47th Floor**<br>**New York, NY 10019** |
| 26d.9. | **Glenn Nussdorf**<br>**35 Sawgrass Drive**<br>**Bellport, NY 11713** |
| 26d.10. | **Itria Ventures LLC**<br>**462 Seventh Avenue**<br>**New York, NY 10018** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Debtor    **Pachanga, Inc.**                                                    Case number *(if known)*

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lars Akerlund** | **824 10th Avenue New York, NY 10019** | **President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lena Khoury** | **824 10th Avenue New York, NY 10019** | **Director of Sales & Marketing** | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Pachanga, Inc.** | **EIN:    02-0538302** |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Pachanga, Inc.**                                                    Case number *(if known)* _____

---

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _____

_____          **Lars Akerlund**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

PACHANGA, INC. - SOFA ADDENDUM #3

| Name | Address | City | State | Zip | Amount | Date | Detail |
|---|---|---|---|---|---|---|---|
| 20th and Seventh Associates, LLC | 423 W 55th Street, 9th floor | New York | NY | 10019 | $ 7,000.00 | 6/1/2018 | rent 157 7th Avenue |
| | | | | | | | |
| 824 Tenth Ave Corp | 824 10th Avenue | New York | NY | 10019 | $ 8,000.00 | 6/15/2018 | rent 824 10th Avenue |
| 825 Tenth Ave Corp | 824 10th Avenue | New York | NY | 10019 | $ 20,728.46 | 6/11/2018 | rent 824 10th Avenue |
| | | | | TOTAL | $ 28,728.46 | | |
| | | | | | | | |
| Bartlett Dairy | 90-04 161st Street Ste 609 | Jamaica | NY | 11432 | $ 5,000.00 | 6/4/2018 | food supplier |
| Bartlett Dairy | 90-04 161st Street Ste 609 | Jamaica | NY | 11432 | $ 4,000.00 | 6/8/2018 | food supplier |
| | | | | TOTAL | $ 9,000.00 | | |
| | | | | | | | |
| Imperial Bag & Paper Co. LLC | 255 Route 1 and 9 | Jersey City | NJ | 07306 | $ 8,000.00 | 6/4/2018 | packaging supplier |
| Imperial Bag & Paper Co. LLC | 255 Route 1 and 9 | Jersey City | NJ | 07306 | $ 6,000.00 | 6/11/2018 | packaging supplier |
| | | | | TOTAL | $ 14,000.00 | | |
| | | | | | | | |
| Truffles II | 104-70 Queens Blvd., Suite 402 | Forest Hills | NY | 11375 | $ 15,000.00 | 6/15/2018 | rent 450 Washington |
| | | | | | | | |
| Unique Coffee Inc | 3075 Richmond Terrace | Staten Island | NY | 10303 | $ 8,000.00 | 6/18/2018 | coffee supplier |
| Unique Coffee Inc | 3075 Richmond Terrace | Staten Island | NY | 10303 | $ 7,000.00 | 6/4/2018 | coffee supplier |
| Unique Coffee Inc | 3075 Richmond Terrace | Staten Island | NY | 10303 | $ 7,000.00 | 6/8/2018 | coffee supplier |
| | | | | TOTAL | $ 22,000.00 | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of New York

In re  **Pachanga, Inc.**
Debtor(s)

Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .......................................  $ _____**N/A**_____

    Prior to the filing of this statement I have received ..........................  $ _____**100,000.00**

    Balance Due .......................................................................................  $ _____**N/A**_____

2.  The source of the compensation paid to me was:

    ☐ Debtor        ☑ Other (specify):    **Pachanga, Inc.**

3.  The source of compensation to be paid to me is:

    ☐ Debtor        ☑ Other (specify):    **Pachanga, Inc.**

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_____**9/12/18**_____
*Date*

_____/s/ Paul A. Rubin_____

**Paul A. Rubin**
*Signature of Attorney*
**Rubin LLC**
**345 Seventh Avenue**
**21st Floor**
**New York, NY 10001**
**(212) 390-8054  Fax: (212) 390-8064**
**prubin@rubinlawlllc.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of New York

In re   **Pachanga, Inc.**                                      Case No. _____
                              Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Apfel Holdings, LLC** | | **49%** | **Shareholder** |
| **Lars Akerlund**<br>**824 10th Avenue**<br>**New York, NY 10019** | | **51%** | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____    Signature _____
                                                    **Lars Akerlund**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re  **Pachanga, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pachanga, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

 **Apfel Holdings, LLC**

☐ None [*Check if applicable*]

9/12/18

Date

/s/ Paul A. Rubin

**Paul A. Rubin**

Signature of Attorney or Litigant

Counsel for   **Pachanga, Inc.**

**Rubin LLC**

**345 Seventh Avenue**
**21st Floor**
**New York, NY 10001**
**(212) 390-8054 Fax:(212) 390-8064**
**prubin@rubinlawlllc.com**