# DISCLOSURE SCHEDULE

This Disclosure Schedule (these "<u>Schedules</u>") is delivered in connection with the Asset Purchase Agreement, dated as of October 8, 2018 (the "<u>Agreement</u>").  All capitalized terms used but not otherwise defined herein shall have the meanings as defined in the Agreement.

The information disclosed in these Schedules is disclosed in furtherance of, and should not be used for any purpose except in furtherance of, the transactions contemplated by the Agreement.

Nothing in these Schedules is intended to broaden the scope of any representation or warranty contained in the Agreement or to create any covenant.  Inclusion of any item in these Schedules (i) does not constitute an admission or indication that such item or matter is material or would have a Material Adverse Effect, (ii) does not represent a determination that such item did not arise in the ordinary course of business, and (iii) shall not constitute, or be deemed to be, an admission to any third party concerning such item.

These Schedules are qualified in their entirety by reference to specific provisions of the Agreement, and shall be interpreted and applied as part of the Agreement.  Any matter or item disclosed on one Schedule shall be deemed to have been disclosed on each other Schedule to the extent that the application to such other Schedule, without independent knowledge on the part of the reader, is readily apparent on the face of such disclosure.  The disclosure of any matter or item in these Schedules shall not be deemed to constitute an acknowledgment that any such matter is required to be disclosed.

## Schedule 1.01(a)

### Employees

1. ARGUELLES, JOSEPH P
2. ATKINSON, SARAH
3. BAZLU, ALVI
4. BERTON, ALEC
5. BOLING, JERICO
6. BURKEPILE, MARCUS DUANE
7. COTTO, WILLIAM
8. DAVIS, EMMANUEL D
9. DAVIS, SARA
10. DELACRUZ, LUIS G
11. DOZIER, RACQUETTA S
12. ELAIHO, CORDELIA
13. GATCHALIAN, SARAH JOY
14. HALL, JOSHUA
15. JOHNSON, MARIE C
16. JONES, AMIRA
17. KEMP, YVONNE R
18. KIRKENDOLL, HANS
19. LARA PEREZ, SANDY
20. LETO, MADISON C
21. MARTINEZ, BRIAN
22. MEDINA, ADRIALIS
23. MENDOZA, HECTOR
24. NAJIMY, CHRISTOPHER NORMAN
25. NEGRON, TARA
26. OESTREICH, ROBERT
27. RAMIREZ, YARED
28. SCARBOROUGH, BRANDON THOMAS
29. STEVENS, DAEMYNN JAY
30. VANDERWATER, HOPE
31. WILSON, ISIS
32. WOOD, AMELIA JOSEPHINE
33. YOUNG, BENJAMIN
34. ADAMICK, DAVE
35. ALVARADO, FERNANDO K
36. CAMAS, MANUEL
37. CARRANZA, SILVANA
38. GOMEZ, FAUSTO
39. LEYVA CASTANON, CRISOFORO
40. MARTENSSON, HAKAN
41. PERDOMO, HARIM
42. PEREZ, BERNARDO
43. PRATADAJA, BUDIHARTO
44. RODRIGUEZ, JOELIS
45. ROMERO, EDUARDO
46. SOTO, ADAM ISRAEL
47. TORRES, ANGEL

48. ULFVES, KALLE E
49. WU, ANGELA
50. AKERLUND, LARS
51. KHOURY, LENA
52. VARGAS, JOSE
53. WORTHAM, NATALIE

## Schedule 1.01(b)

**Permitted Encumbrances**

All of Seller's secured liabilities and obligations to the Small Business Administration.

**Schedule 2.01**

**Purchased Assets; Assigned Contracts**

Purchased Assets

1.  All of the assets located at 824 10th Avenue, New York, NY 10019, as set forth on Attachment 1 to Schedule 2.01.
2.  All of the assets located at 611 Fifth Avenue, New York, NY 10022, as set forth on Attachment 2 to Schedule 2.01.
3.  All of the assets located at 41 W. 58th Street, New York, NY  10019, as set forth on Attachment 3 to Schedule 2.01
4.  All of the assets located at 114 W. 41st Street, New York, NY 10036, as set forth on Attachment 4 to Schedule 2.01.
5.  All of the assets located at 157 7th Avenue, New York, NY 10011, as set forth on Attachment 5 to Schedule 2.01.
6.  All of assets located at 66 Pearl Street, New York, NY 10004, as set forth on Attachment 6 to Schedule 2.01.
7.  All of the assets located at 450 Washington Street, New York, NY 10013, as set forth on Attachment 7 to Schedule 2.01.
8.  All of the assets located in the storage unit at 32 School St., Upper Level, Yonkers, NY 10701, as set forth on Attachment 8 to Schedule 2.01.
9.  All intellectual property (domestic and worldwide), including, but not limited to trademarks, trade names, service marks, service mark registrations, service names, patents, patent rights, copyrights, inventions, licenses, and trade secrets.

Assigned Contracts

1.  Lease Agreement dated as of July 8, 2009, as amended by that First Amendment of Lease, by and among 66 Blue Pearl Retail LLC, 66 Blue Pearl Retail II LLC, 66 Blue Pearl Retail ISG LLC and Pachanga Inc.
2.  Lease Agreement dated December 1, 2013, by and between 824 Tenth Avenue Company LLC and Pachanga Inc.
3.  Lease Agreement dated December 27, 2011, by and between Truffles II, LLC and Corossol, LLC.
4.  Lease Agreement dated December 27, 2011, by and between Truffles II, LLC and Pachanga Inc.
5.  Lease Agreement dated February 17, 2006 (as amended), by and between 40 CPS Associates, LLC (successor in interest to Forty Central Park South, Inc.) and Pachanga Inc.
6.  Letter Agreement for Temporary License of Space for Pop-Up Shop dated January 31, 2018, by and between Saks & Company LLC and Pachanga Inc.
7.  Equipment Lease Agreement dated May, 14, 2015, by and between Apple Financial Services and FIKA Espresso Bars LLC.
8.  Equipment Finance Agreement #0708710.301 dated October 27, 2016, by and between Lynco Financial Services and Pachanga Inc.
9.  Equipment Finance Agreement #0708710.302 dated February 14, 2017, by and between Lynco Financial Services and Pachanga Inc.
10. Equipment Finance Agreement #708710.303 dated August 29, 2017, by and between Lynco Financial Services and Pachanga Inc.
11. Automobile Lease Agreement by and between Ford Motor Credit Company and Pachanga Inc.

12. Payroll Services Agreement by and among Paycom Payroll LLC, MILA Solutions LLC and Pachanga Inc.

13. Equipment Lease Agreement #101285 dated September 12, 2017 by and between Hitachi Capital America Corp. (as assignee of Strategic Equipment Finance, LLC) and FIKA Espresso Bars LLC

14. Equipment Lease Agreement dated September 23, 2017, by and between Strategic Equipment Lease and Pachanga, Inc.

15. The following Insurance Policies from Travelers Casualty Insurance Company of America: (i) Commercial Liability Insurance Policy #680-3H151355-17-42; (ii) Commercial Excess Liability Insurance Policy #CUP-4H#78639-17-42; and (iii) Commercial Automobile Coverage Policy #BA-4H449747-17-SEL.

**Schedule 2.01(e)**

**Bankruptcy Claims**

| |
|---|
| Grease Removal (RUSSEL REID) |
| RJS Pest Control |
| IESI Garbage removal |
| ConEd |
| FedEx |
| Shopkeep |
| Nuts.com |
| American Chocolate Designs |
| NYB Distributors |
| Biscoff.com |
| SKS Bottle and Packaging |
| Haram Christensen |
| DSA Factors |
| US FOODS |
| IMPERIAL |
| BARTLETT |
| UNIQUE COFFEE |
| CLW |
| MARVE |
| AGRI EXOTIC |
| NOBLE INGREDIENTS |
| AOI MATCHA |
| PARIS GOURMET |
| REVERE GROUP |
| FODERA FOODS |
| AUI |

## Schedule 2.02(e)

**Excluded Assets**

Agreement of Lease dated July 19, 2014, as amended by First Amendment dated September 21, 2015, by and between Pachanga Inc. and FIKA 157 7th Avenue LLC.

Retail Lease dated November 15, 2013, by and between Klaus Kretschmann as court appointed receiver for 113-119 West 40th Street, New York, NY and Pachanga Inc.

### Schedule 2.03(f)

**Certain Assumed Liabilities**

All of Seller's secured liabilities and obligations to the Small Business Administration.

## Schedule 4.03

### No Conflicts; Consents

None.

**<u>Schedule 4.04</u>**

**Title**

None.

**<u>Schedule 5.11</u>**

**Privacy Policy**

**This Website is Provided and Managed by fikanyc.com**

Pachanga, Inc. d/b/a FIKA, together with its subsidiaries and affiliates (collectively, "FIKA"), recognizes the importance of protecting the privacy of personal and financial information. We have instituted policies and security measures to protect your information. When you register online with FIKA, use our online store, or choose to fill out and submit one of our customer information cards, you give us your consent to process and use such submitted personal data in accordance with this privacy policy. This privacy policy applies to all information collected, maintained or used by FIKA.

**Information FIKA Collects**

FIKA collects personal data from visitors to its website and online store. We also use cookies and track IP addresses so that we can improve our services and customer experience. In addition, FIKA collects some personal information (e.g., name, address, telephone number(s), email address, etc.) from our customers who submit customer information, from our affiliated companies and, on occasion, from unrelated third parties. To serve you better, we may combine information you give us with other information which is publicly available.  FIKA does not knowingly collect personally identifiable information from anyone under the age of eighteen. If you are under eighteen, please ask your parents or legal guardian to register and/or use the online store.

**How FIKA Uses Information You Provide**

The data that you choose to provide to us, and the data that we may collect, is used by FIKA to keep you informed of our special events or promotions, to register you with our website, to administer our website services, and/or to process any orders you may place online. In addition, we use the information you provide to us to review our performance and to improve our services to you, or to communicate with you about your order. FIKA retains customer data for purposes of customer relationship management, marketing research, analysis and promotion.

**Does FIKA Share Your Information with Others?**

FIKA does not sell, rent or, except as described below, disclose our client's names, addresses, email addresses or other personal information.

**FIKA Maintains Customer Data in Our Customer Database**

In order to maintain our website, manage our database, distribute e-mails and provide client communications, FIKA contracts with selected third parties. The personal information you

provide to us may be processed by these third parties, but we do not authorize any of these service providers to make any other use of your information. Neither FIKA nor its affiliates will be responsible for what third parties may do with your personal information. FIKA enters into agreements with third parties to provide services, and these contracts usually restrict the use of your personal information, but FIKA cannot be responsible for the actions of others. FIKA does not otherwise disclose your information to third parties, unless we are required to do so by law or in connection with a legal claim or proceeding. If FIKA is acquired by another entity or is merged or consolidated, information about FIKA's customers will be made available to the new entity. However, FIKA will use commercially reasonable efforts to ensure that such new entity will agree to protect the confidentiality of your personal information consistent with this Privacy Policy.

## Security

FIKA uses certain security measures to protect the information you provide to us. However, while we take reasonable steps to protect this personal information from unauthorized access, use or disclosure, you accept that no internet data transmission can be guaranteed to be secure from access by unintended recipients, and you agree that you will not hold us responsible for any breach of security, unless otherwise required by law.

## Accuracy and Retention

You are entitled to request access to and correction of all personal data you provide us, or to remove your name from the FIKA marketing list at any time by contacting our customer service department at info@fikanyc.com. If you are registered with FIKA on our website and would like us to remove you from our marketing list, please click on this unsubscribe link.

## About Cookies

We use cookies to ascertain which web pages are visited and how often, to make our web site more user friendly, and to give you a better experience when you return to the website. For example, cookies allow us to save your password so you do not have to re-enter it every time you visit our site. Most web browsers automatically accept cookies, but you do not have to accept them. To disable cookies, you should access the "help" tab on your browser or read the information that came with your browser software. However, your visit to our website will be significantly enhanced if cookies are not disabled. If you do not disable your cookies, you accept our collection and storage of any of your personal information such cookies contain

## Acceptance of Privacy Policy and Modifications

By accessing and using the FIKA website (including registering on the website or purchasing items through our website) you consent to our collection, use and disclosure of your information as described in this privacy policy. FIKA reserves the right to make changes to our privacy policy or practices without specific notice to you. We will post the updated policy on our

website, and thus we encourage you to review this page each time you visit and/or use our online store. If you are registered with us and would like to delete your registration and personal details from our database, please click on this unsubscribe link.

## Contact Us

If you have any comments or queries regarding our privacy policy or to update, correct or request removal of your personal information from our Customer Database, please email us at info@fikanyc.com.

## Terms of Use

Thank you for visiting our web site (this "site"). YOU SHOULD READ THE FOLLOWING TERMS CAREFULLY BEFORE USING THIS SITE. These Legal Conditions govern the use of and access to this fikanyc.com website. Your use of this site is governed by the following terms of use ("Terms"). If you do not agree with all of these Terms, please exit this site. By using this site, you agree to comply with and to be bound by these Terms, including the privacy policy and, when you make an online purchase, the purchase information. FIKA reserves the right to change these Terms at its sole discretion without specific notice to you. By using this site after any such change, you agree to comply with, and be bound by, the Terms as changed.

## Copyright, Trademark and Other Intellectual Property Protection

This site as a whole, and all material on this site, is protected by copyright and other intellectual property rights. See "Copyright Information" below for further information.

## Submissions

You agree that any and all suggestions, designs, concepts, photographs, testimonials, and other items or materials (except for your personal information) disclosed or submitted to FIKA through this site or by other means ("Submissions") are neither confidential nor proprietary to you. All submissions become FIKA's property upon submission to FIKA. By making a Submission to FIKA, you assign to FIKA all rights, title and interests, including copyrights, in the Submission. FIKA has no obligation (i) to keep any Submission confidential; (ii) to pay you or anyone any compensation for any Submission or for using a Submission; or (iii) to respond to or acknowledge any Submission. You represent and warrant that no Submission you make will violate any right of any third party, including, but not limited to, copyright, trademark, patent, trade secret, privacy or other personal or proprietary right. By making a Submission, you agree that FIKA has the right (but not the obligation) to copy, publish, distribute or use such Submission for any purpose, including, but not limited to, advertising, promotional, product development or other commercial purposes, without compensation to you or to any other person. You are and shall remain solely responsible for the content of any Submission you make.

**Links**

This site may contain links to other websites. FIKA is not responsible for the availability of, or any content or material contained in, or obtained through, any such sites. FIKA does not, by linking to another site, or by making reference to any third-party information, products or services, endorse those sites or materials or make any recommendation as to such sites' safety or fitness for a particular use. Any questions or comments relating to any other site should be addressed to the operators of those sites. No linking to this website is permitted without FIKA's prior written permission.

**Disclaimer**

Material in this site may contain inaccuracies or typographical errors. FIKA is not liable or responsible for any inaccuracies or errors, or for any loss or damage caused by or arising from any user's reliance on information obtained from or through this site. It is your responsibility to evaluate the information and other content available through this site. This site and the information and materials contained in this site are subject to change at any time, and from time to time, without prior or subsequent notice.

**No Warranties**

This site and the contents hereof are provided on an "as is" and "as available" basis. FIKA makes no representations or warranties of any kind, express or implied, including, but not limited to, warranties of title or freedom from malicious programs (such as viruses, worms or trojan horses) or implied warranties of merchantability or fitness for a particular purpose, with respect to this site or its contents and expressly disclaims any representations and warranties. FIKA does not represent or warrant that the information contained in this site is accurate, complete or up-to-date, that this site is free of defects or that any defects will be remedied. You agree, by using this site, that your use of this site is at your sole risk, that you assume full responsibility for all loss of use, loss of data and costs associated with all necessary servicing or repairs of any equipment and/or software that you use in connection with this site, and that FIKA shall not be responsible or liable for any damages of any kind whatsoever arising out of, caused by or related to your use of this site, unless otherwise required by applicable law.

**Limitation of Liability and Indemnity**

FIKA shall have no liability for any delay or failure to deliver products or otherwise perform any obligation as specified in these legal conditions if the same is wholly or partly caused by circumstances beyond our reasonable control. You agree to defend, indemnify and hold harmless FIKA, its affiliates and their agents, officers, directors, employees and shareholders from and against any and all claims, damages, losses, costs and expenses, including, but not limited to, reasonable attorneys' fees and court costs, arising from or related to your use of this site.

**Copyright Information**

All materials on this site, and the site itself, are protected by copyrights, trademarks and/or other intellectual property rights. These materials are owned by Pachanga, Inc. d/b/a FIKA or its subsidiaries or affiliates (collectively, "Pachanga"), or used with permission of their owners. Such materials include, but are not limited to, the photographs, images, illustrations, text, video clips, audio clips, designs, logos, trademarks, trade dress and other materials contained in this site, as well as the software used in the design and development of this site. All rights are reserved, worldwide. The name and mark FIKA, the FIKA logos, and all other FIKA-related marks depicted in this site, whether registered or unregistered, are trademarks or service marks of Pachanga in the United States and around the world. The materials contained in this site are displayed for informational and promotional purposes only. This site is solely for private, personal, and non-commercial use. You may download or copy materials in this site solely for your personal, non-commercial use. You do not obtain any right, title or interest in any material or software as a result of any such downloading or copying. You may not reproduce (except for your personal, non-commercial use), publish, transmit, distribute, display, remove, delete, add to, otherwise modify, create derivative works from, sell or participate in any sale of, this site, any of the materials in this site, or any related software. Any other use of materials on this site, including, but not limited to, reproduction for purposes other than your personal non-commercial use, modification, distribution or republication, without the prior express written permission of Pachanga, is strictly prohibited.

**Miscellaneous**

These Terms, your use of this site and any contract between us shall be governed by the laws of New York and any dispute between us will be resolved exclusively in a court located in New York City. English is the only language offered for the making or conclusion of any contract regarding this site or an online purchase.

If you have any questions please contact us at info@fikanyc.com.

**Schedule 7.02(e)**

**Consents Required for Closing**

None.

Attachment 1 to Schedule 2.01

| 824 10th Avenue | |
|---|---|

**Seating Area**

| | |
|---|---|
| communal table | 1 |
| 4 top marble table | 3 |
| 2 top marble table | 8 |
| 2 top wood table | 2 |
| round white table | 1 |
| round wood table | 3 |
| oval marble table | 3 |
| red stool | 10 |
| green fabric chair | 4 |
| orange chair | 6 |
| red chair | 21 |
| green chair | 22 |
| blue chair | 12 |
| grey lounge chair | 12 |
| red bench | 1 |
| milk station | 1 |
| | |

**Counter Area**

| | |
|---|---|
| drop sink | 1 |
| refrigerated display case | 3 |
| dishwasher | 1 |
| low boy refrigerator | 3 |
| coffee brewer - Fetco | 1 |
| espresso machine - Synesso | 1 |
| espresso grinder - Kompak | 2 |
| brew grinder - Bunn | 1 |
| ice machine | 1 |
| ipad | 2 |
| register drawer | 1 |
| laptop - HP | 1 |
| Sonos speakers | 3 |
| cordless phone - AT&T | 1 |
| retail grinder - Bunn | 1 |
| | |

**Kitchen**

| | |
|---|---|
| low boy refrigerator | 4 |
| microwave | 1 |
| oven/ stove - Vulcan | 2 |
| oven - Vulcan | 1 |
| steamer - Vulcan | 1 |
| standing refrigerator | 1 |
| walk in refrigerator - Kason | 2 |
| 3 compartment sink | 1 |
| | |

**Basement/ Storage**

| | |
|---|---|
| dishwasher | 1 |
| green chair | 1 |
| red chairs | 2 |
| orange chairs | 1 |
| small marble tables | 2 |
| percolators | 2 |
| 3 group espresso machine - Synesso | 1 |
| coffee brewer - Fetco | 1 |
| milk station | 1 |
| retail grinder - Bunn | 1 |
| Husky motor | 1 |
| black shelf | 2 |
| shop vac | 2 |
| standing freezer | 1 |
| milk station | 1 |
| Coffee urn - Luxus | 2 |
| Iced coffee dispenser | 2 |
| Coffee cambros | 4 |
| espresso grinder - Kompak | 2 |
| | |

**Bakery**

| | |
|---|---|
| low boy refrigerator | 1 |
| low boy freezer | 1 |
| bread sheet - oliver | 1 |
| deck oven - Revent | 1 |
| rack oven - revent | 2 |
| sheeter - Fritsch | 1 |
| mixer - Escher | 1 |
| mixer - All Bake | 1 |
| proofer | 1 |
| blast freezer - Piper Products | 1 |
| walk in freezer | 1 |
| standing refrigerator | 2 |
| mixer - Kitchen Aid | 1 |
| microwave | 1 |
| induction burner | 1 |
| water dispensor - STM Products | 1 |
| | |

**Office**

| | |
|---|---|
| Rolling cart | 1 |
| White bookcase | 4 |
| Grey desk | 3 |
| Brown bookcase | 3 |
| Grey filing cabinet | 1 |
| Metro shelf | 4 |
| Orange desk | 5 |
| Desk chair | 7 |
| Wood table | 1 |
| Orange chairs | 6 |
| Register drawer | 1 |
| Poster printer | 1 |
| Printer | 2 |
| iPads | 3 |
| Monitors | 5 |
| Laptops | 6 |
| Desktops | 3 |

# Attachment 2 to Schedule 2.01

## 611 Fifth Avenue

| Seating area | |
|---|---:|
| oval marble table | 2 |
| red stool | 12 |
| green fabric chair | 3 |
| orange chair | 12 |
| milk station | 1 |
| white shelf | 2 |

| Counter area | |
|---|---:|
| Drawer refrigerator | 1 |
| low boy refrigerator | 2 |
| coffee brewer - Fetco | 1 |
| espresso machine - Synesso | 1 |
| espresso grinder - Compak | 2 |
| brew grinder - Bunn | 1 |
| ice machine | 1 |
| ipad | 2 |
| register drawer | 1 |
| retail grinder - Bunn | 1 |

# Attachment 3 to Schedule 2.01

## 41 W 58th Street

| Seating Area | |
|---|---|
| orange stool | 9 |
| green stool | 4 |
| milk station | 1 |
| | |
| **Counter area** | |
| Standing beverage refrigerator | 1 |
| refrigerated display case | 2 |
| dishwasher | 1 |
| low boy refrigerator | 1 |
| coffee brewer - Fetco | 1 |
| espresso machine - Synesso | 1 |
| espresso grinder - Compak | 2 |
| brew grinder - Bunn | 1 |
| ice machine | 1 |
| ipad | 1 |
| register drawer | 1 |
| Sonos speakers | 1 |
| retail grinder - Bunn | 1 |
| | |
| **Kitchen** | |
| low boy refrigerator | 2 |
| Microwave | 1 |
| Standing refrigerator | 1 |
| white shelving unit | 2 |
| oven - Moffat | 1 |
| induction burner | 2 |
| cordless phone - AT&T | 1 |
| Computer - Asus | 1 |
| Standing freezer | 1 |
| | |
| **Basement/ office** | |
| Standing stainless freezer | 1 |
| Standing white freezer | 1 |
| Metro shelf | 4 |
| Laptop | 1 |
| Printer | 1 |

## Attachment 4 to Schedule 2.01

114 W 41st Street

| Seating area | |
|---|---|
| communal table | 3 |
| 4 top marble table | 1 |
| 2 top marble table | 7 |
| Hanging marble 2 top table | 6 |
| round white table | 1 |
| round marble cocktail table | 2 |
| red stool | 12 |
| grey stool | 14 |
| grey lounge chair | 15 |
| milk station | 1 |
| Butcher block cart | 1 |
| | |

| Counter area | |
|---|---|
| drop sink | 1 |
| refrigerated display case | 2 |
| dishwasher | 1 |
| low boy refrigerator | 3 |
| coffee brewer - Fetco | 1 |
| espresso machine - Synesso | 1 |
| espresso grinder - Compak | 2 |
| brew grinder - Bunn | 1 |
| ice machine | 1 |
| ipad | 2 |
| register drawer | 2 |
| laptop - Acer | 1 |
| Speakers | 3 |
| receiver | 1 |
| retail grinder - Bunn | 1 |
| | |

| Kitchen | |
|---|---|
| low boy refrigerator | 3 |
| microwave | 2 |
| soup warmer | 2 |
| oven - Moffat | 2 |
| induction burner | 3 |
| cordless phone - AT&T | 1 |
| Walk in refrigerator | 1 |
| Standing freezer | 2 |
| 3 compartment sink | 1 |
| Dishwasher | 1 |
| Metro shelf | 6 |
| Ice machine | 1 |
| | |

| Basement/ Storage | |
|---|---|
| Grey lounge chair | 1 |
| Orange chair | 4 |
| 4 top white table | 1 |
| Rolling cart | 1 |
| Wall hanging table | 1 |
| ADT monitors - Gateway | 2 |
| Wine machine | 6 |
| Wine refrigerator | 1 |
| Induction burners | 7 |
| Register drawer | 8 |
| File cabinet white | 1 |
| Microwave | 3 |
| Panini press | 9 |
| Double soup warmer | 1 |
| Receiver | 3 |
| Speakers | 8 |
| Printers | 8 |
| Projectors | 2 |
| Double brewe - Fetco | 1 |
| Single brewer - Fetco | 1 |
| Retail grinder - Bunn | 1 |
| Silver espresso grinder - Compak | 1 |
| Black espresso grinder - Compak | 1 |
| Tall urns | 3 |
| Short urns | 2 |
| 2 top marble cocktail table | 1 |
| 2 top marble table | 1 |
| Grey wood outdoor chair | 1 |
| Metro shelf | 17 |
| Red stool | 1 |
| Brown outdoor table | 1 |

# Attachment 5 to Schedule 2.01

## 157 7th Avenue

| Seating area | |
|---|---|
| 2 top marble table | 4 |
| 2 top wood table | 2 |
| round wood cocktail table | 2 |
| oval marble table | 2 |
| 4 top divided white table | 1 |
| red stool | 5 |
| grey stool | 7 |
| green fabric chair | 4 |
| orange chair | 8 |
| red chair | 4 |
| grey lounge chair | 8 |
| Milk station | 1 |
| | |
| Counter area | |
| drop sink | 1 |
| refrigerated display case | 2 |
| Drawer refrigerator | 1 |
| wine refrigerator | 1 |
| low boy refrigerator | 2 |
| coffee brewer - Fetco | 1 |
| espresso machine - Synesso | 1 |
| espresso grinder - Compak | 2 |
| brew grinder - Bunn | 1 |
| ice machine | 1 |
| ipad | 1 |
| register drawer | 1 |
| Speakers | 2 |
| receiver | 1 |
| retail grinder - Bunn | 1 |
| | |
| | |
| low boy refrigerator | 1 |
| microwave | 1 |
| Standing refrigerator | 1 |
| Standing freezer | 1 |
| oven - Turbofan | 1 |
| induction burner | 2 |
| cordless phone - AT&T | 1 |
| 3 compartment sink | 1 |
| Laptop | 1 |
| Metro shelf | 1 |
| Dishwasher | 1 |
| printer - HP | 1 |

## Attachment 6 to Schedule 2.01

66 Pearl Street

| Seating Space | |
|---|---|
| communal table | 2 |
| 4 top marble table | 4 |
| round white table | 1 |
| round wood table | 3 |
| orange stool | 12 |
| green fabric chair | 5 |
| orange chair | 9 |
| grey lounge chair | 12 |
| milk station | 1 |
| white shelf | 1 |
| | |
| **Counter Area** | |
| drop sink | 1 |
| refrigerated display case | 2 |
| dishwasher | 1 |
| wine refrigerator | 1 |
| low boy refrigerator | 4 |
| coffee brewer - Fetco | 1 |
| espresso machine - Synesso | 1 |
| espresso grinder - Kompak | 1 |
| brew grinder - Bunn | 1 |
| ice machine | 1 |
| ipad | 1 |
| register drawer | 1 |
| laptop - Dell | 1 |
| Sonos speakers | 1 |
| receiver | 1 |
| retail grinder - Bunn | 1 |
| | |
| **Kitchen** | |
| low boy refrigerator | 3 |
| microwave | 2 |
| soup warmer | 2 |
| white shelving unit | 3 |
| oven - Moffat | 1 |
| induction burner | 1 |
| cordless phone - AT&T | 1 |
| monitor - HP | 1 |
| keyboard | 1 |
| printer - Brother | 1 |
| | |
| **Basement/ Storage** | |
| ice machine | 1 |
| dishwasher | 1 |
| black desks | 2 |
| black filing cabinets | 1 |
| rolling file cabinet | 3 |
| black shelving unit | 2 |
| red chairs | 2 |
| orange charis | 1 |
| small marble tables | 3 |
| black stools | 8 |
| black office chair | 1 |
| white low freezer | 1 |
| stacking freezer | 3 |
| retail grinder - Bunn | 4 |
| espresso grinder - Compak | 9 |
| brew grinder - Bunn | 2 |
| 3 group espresso machine - Synesso | 1 |
| double brewer - Bunn | 1 |
| green fabric chair | 1 |
| red fabric chair | 1 |
| red stool | 1 |
| orange stool | 4 |
| round black cocktail table | 1 |
| coffee brewer - Fetco | 1 |
| iced coffee dispensar | 2 |
| Coffee urn - Luxus | 7 |
| Metro shelf | 9 |
| 4 top marble table | 3 |
| Sonos speaker | 1 |

# Attachment 7 to Schedule 2.01

## 450 Washington Street

| Seating area | |
|---|---|
| communal table | 1 |
| 2 top marble table | 5 |
| round white table | 1 |
| oval marble table | 4 |
| orange stool | 2 |
| red stool | 6 |
| Grey stool | 8 |
| Purple stool | 3 |
| orange fabric chair | 5 |
| green velvet sectional | 1 |
| green chair | 10 |
| grey lounge chair | 12 |
| milk station | 1 |
| white display table | 1 |
| | |
| **Counter area** | |
| drop sink | 1 |
| refrigerated display case | 2 |
| low boy refrigerator | 2 |
| coffee brewer - Fetco | 1 |
| espresso machine - Synesso | 1 |
| espresso grinder - Compak | 2 |
| brew grinder - Bunn | 1 |
| ice machine | 2 |
| ipad | 1 |
| register drawer | 1 |
| Sonos speakers | 3 |
| Cold brew dispenser | 1 |
| retail grinder - Bunn | 1 |
| | |
| **Kitchen** | |
| low boy refrigerator | 3 |
| microwave | 1 |
| soup warmer | 1 |
| oven - Turbofan | 1 |
| induction burner | 1 |
| cordless phone - VTech | 1 |

**Basement/ Storage**

| | |
|---|---|
| Printer - HP | 1 |
| Red chair | 2 |
| Folding table | 1 |
| Green desk chair | 1 |
| Robot Coupe | 1 |
| Double brewer - Fetco | 1 |
| Standing refrigerator | 1 |
| Standing freezer | 1 |
| HP desktop computer | 1 |
| Printer - HP | 1 |
| black stool | 1 |
| Orange chairs | 2 |
| Plastic outdoor chairs | 12 |
| Metro shelf | 6 |
| Plastic outdoor tables | 4 |
| Washer & Dryer - LG | 1 |

**Chocolate factory**

| | |
|---|---|
| Cooling tower - Selmi | 1 |
| Pan coating machine - Selmi | 1 |
| Tutu no One Shot - Selmi | 1 |
| Plus X Tempering Machine - Selmi | 2 |
| R200 Enrobing Belt - Selmi | 1 |
| Prefamac Melter 80 Kilos | 1 |
| Prefamac Melter 30 Kilos | 1 |
| Fire Mixer Cooker - Savage Bros | 1 |
| Melting Tank - Savage Bros 100 kilos | 2 |
| Robot Coupe R2 | 1 |
| Microwave | 1 |
| Dispenser | 1 |
| Kitchen Aid 5 Qt | 1 |
| Robot Coupe R30 | 1 |
| Ganoche Guitar | 1 |
| Dehydrator | 1 |
| Speed Racks | 18 |
| Walk In Freezer | 1 |
| Walk In Refrigerator | 1 |
| 3 marble tabkes | 3 |
| Induction stovetop | 8 |
| Stainless tablets | 4 |
| 3 compartment sink | 1 |
| Dishwasher | 1 |
| Metro shelf | 7 |
| Oven - Moffat | 1 |
| Rolling cabinet | 1 |

# Attachment 8 to Schedule 2.01

## 32 School Street

| | |
|---|---|
| communal table | 3 |
| 4 top marble table | 8 |
| 2 top marble table | 3 |
| 2 top wood table | 3 |
| oval marble table | 4 |
| orange stool | 18 |
| red stool | 6 |
| green stool | 15 |
| Wooden stool | 26 |
| orange fabric chair | 4 |
| green fabric chair | 6 |
| orange chair | 22 |
| red chair | 18 |
| green chair | 21 |
| grey chair | 16 |
| grey lounge chair | 30 |
| refrigerated display case | 16 |
| milk station | 4 |
| drop sink | 4 |
| dishwasher | 7 |
| wine refrigerator | 1 |
| low boy refrigerator | 12 |
| ice machine | 6 |
| microwave | 7 |
| Black folding chairs | 4 |
| Standing freezer | 4 |
| Red push cart | |
| Standing refrigerator | 5 |
| Metro shelf | 35 |
| oven | 6 |