RUBIN LLC
Paul A. Rubin
Hanh V. Huynh
345 Seventh Avenue, 21st Floor
New York, New York 10001
Tel: 212.390.8054
Fax: 212.390.8064
prubin@rubinlawllc.com
hhuynh@rubinlawllc.com

*Proposed Counsel for the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
PACHANGA, INC., *et al.*,[1] : Case No.: 18-12767 (MEW)
: (Jointly Administered)
Debtors. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I, Hanh V. Huynh, hereby certify that, on May 23, 2019, I caused a true and correct copy of the *Notice of Hearing on Second Interim and Final Fee Application of Rubin LLC, Attorneys for the Debtors, for the Second Interim Period from December 1, 2018 Through May 20, 2019 and the Final Period from September 14, 2018 Through May 20, 2019* to be served electronically upon the parties registered for electronic service in this case through the Court's CM/ECF system.

I further certify that, on May 23, 2018, I caused the foregoing to be served by placing the

---

[1] The Debtors in these chapter 11 cases are: Pachanga, Inc.; Corossol FIKA Tower LLC; Corossol LLC; Corossol Tribeca LLC; FIKA 41 W 58th Street LLC; FIKA 66 Pearl Street LLC; FIKA 141 W 41st Street LLC; FIKA 157 7th Avenue; FIKA 824 10th Ave LLC; FIKA Catering LLC; FIKA Espresso Bars LLC; FIKA Tribeca LLC; FIKA Web Orders LLC; MILA Solutions LLC; FIKA 10 Park Avenue LLC; FIKA 52 Duane Street LLC; FIKA 555 6th Avenue LLC; FIKA 600 Lexington LLC; FIKA 1331 Lexington LLC; and FIKA Columbus Circle LLC. The Debtors corporate headquarters and mailing address is 824 10th Avenue, New York, NY 10019.

same in a sealed envelope, postage prepaid therein, into an official depository under the exclusive care of the U.S. Postal Service, addressed to the persons on the service list annexed hereto as <u>Exhibit A</u>.

Dated: New York, New York
       May 23, 2019

                                                         */s/ Hanh V. Huynh*
                                                           Hanh V. Huynh

**EXHIBIT A (SERVICE LIST)**

SP 101 W 15 LLC
c/o Stonehenge Management LLC
888 Seventh Avenue 3rd Fl
New York, NY 10106
Attn:  Richard Cohen

JP Morgan Chase
PO Box 9001022
Louisville, KY 40290

ConEdison
PO Box 1702
New York, NY 10116

Cabin Electrical
418 Smith Street
Perth Amboy, NJ 08861

Corporation Service Company
PO Box 2576
Springfield, IL 62708

Financial Pacific Leasing
PO Box 4567
Federal Way, WA 98063

Pawnee Leasing Corp.
2301 Automation Way
Fort Collins, CO 80525

Strategic Equipment Finance
1715 NW 114th Loop, Bldg 2
Ocala, FL 34475

U.S. Foods
1051 Amboy Avenue
Perth Amboy, NJ 08861

Office of the United States Trustee
U.S. Federal Office Building
201 Varick St., Room 1006
New York, New York 10014
Attn:  Serene K. Nakano

ADT Security Services
PO BOX 371878
Pittsburg, PA 15250

Small Business Administration
200 West Santa Ana Blvd.
Santa Ana, CA 92701

City Suburban Plumbing
448 5th Avenue
Pelham, NY 10803

Truffles II LLC
c/o de Lotto & Fajardo LLP
201 Liberty Street Fl 27
New York, NY 10282
Attn:  Cindy Wong

Lynco Financial Services
1715 NW 114th Loop, Bldg 2
Ocala, FL 34475

FAL Coffee Roasters LLC
c/o Duke Holzman Photiadis& Gresens
701 Seneca Street Ste 750
Buffalo, NY 14210

Targeted Lease Capital LLC
5500 Main Street, Suite 300
Williamsville, NY 14221

Small Business Administration
26 Federal Plaza, Suite 3100
New York, NY 10278
Attn: Suzanne Ulicny

Itria Ventures LLC
462 Seventh Avenue, 20th Floor
New York, NY 10018


Menachem J. Kastner
Cozen O'Connor
45 Broadway, 16th Floor
New York, NY 10066

303 Park Avenue South Leasehold Co.
c/o Cutler Minikes & Adelman LLP
708 Third Avenue 5Fl
New York, NY 10017
Attn: Jonathan Minikes

Pick & Zabicki LLP
369 Lexington
New York, NY 10017


10 Park Avenue Tenants' Corp
c/o AKAM Associates Inc
260 Madison Avenue
New York, NY 10016

600 Lexington Owner LLC
c/o Lex NY Equities LLC
20 Westport Road Fl 3
Wilton, CT 06897

American Express
200 Vesey Street
New York, NY 10285


Reing and Reing PLLC
1360 Sunny Ridge Road
New York, NY 10547


VBP&P
115 E. Stevens Avenue, Suite 206
Valhalla, NY 10595
Attn: Susan Vari

20th and Seventh Associates, LLC
c/o The related Companies , L.P.
60 Columbus Circle
New York, NY 10023
Attn: David Zussman

122 East 42nd Street LLC
c/o Ingram Yuzek
250 Park Ave.
New York, NY 10177
Attn: Cory Weiss

141 E. 88th Street Realty LLC
c/o Ashkenazy Acquisition Corporation
150 E 58th Street Fl 39
New York, NY 10155

BRE 114 West 41st Street LLC
c/o Blank Rome LLP (Attn: Ira L. Herman)
405 Lexington Avenue
New York, NY 10174

66 Blue Pearl Retail LLC
ASG Equities LLC
22 Cortland Street Fl 5
New York, NY 10007

Oved and Oved LLP
401 Greenwich Street
New York, NY 10013

MA Owners Inc.
400 Post Ave Ste 303
Westbury, NY 11590

IESI Corp.
99 Wood Avenue South-Suite 1000
Iselin, NJ 08830
Attn: Gloria Bruno

Bartlett Diary Inc
90-04 161st Street Ste 609
Jamaica, NY 11432

Capital One
15000 Capital One Dr
Richmond, VA 23238

CLW Distributors Inc.
79 G Express Street
Plainview, NY 11803

NY State Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205

Valhorna
222 Water Street
Brooklyn, NY 11201

Staples
P.O. Box 415256
Boston, MA 02241

Ingram Yuzek Gainen Carroll
& Bertolotti, LLP
250 Park Avenue, 6th Floor
New York, NY 10177
Attn: Michael D. Capozzi

Ilan Markus
Niclas A. Ferland
LeClairRyan
545 Long Wharf Drive, 9th Floor
New Haven, CT 06511

NYS Dep't of Taxation and Finance
Jeffrey K. Cymbler
District Tax Attorney
15 MetroTech Center
Brooklyn, NY 11201

FIKA Acquisitions LLC
c/o Cozen O'Connor
277 Park Avenue
New York, NY 10172
Attn: Erik Schmidt

Marve'
115 W 18th Street
New York, NY 10011

Mesiter Seelig & Fein LLP
125 Park Avenue, 7th floor
New York, NY 10017
Attn: Daniel Dwyer

40 CPS Associates, LLC
c/o ATCO Properties & Management
555 Fifth Avenue Fl 16
New York, NY 10016

Imperial Dade
255 Route 1 and 9
Jersey City, NJ 07306

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Martin A. Mooney
Schiller, Knapp, Lefkowitz & Hertzel LLP
950 New Loudon Road, Suite 109
Latham, NY 12110

NYC Department of Finance
Tax, Audit and Enforcement Division
375 Pearl Street
New York, NY 10038
Attn: Bankruptcy Unit