**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
|---|---|
| In re: | Chapter 11 |
| PACHANGA, INC., | Case No.: 18-12767 (MEW) |
| Debtor. |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF HANH V. HUYNH
## REGARDING DISBURSEMENTS BY ALL DEBTORS

HANH V. HUYNH, hereby declares under penalty of perjury as follows:

1. I am associated with Rubin LLC, which firm maintains an office for the practice of law at 345 Seventh Avenue, 21st Floor, New York, NY 10001. Rubin LLC is counsel to Pachanga, Inc. ("Pachanga") and its affiliated debtors and debtors in possession (collectively, the "Debtors"). I am fully familiar with the facts set forth herein.

2. I submit this declaration to report that the Debtors made the disbursements set forth on the attached Exhibit A, which lists the disbursement amounts on a debtor-by-debtor basis for the period from September 2018 through July 2019. My basis for this information is my review of the Debtors' bank account statements provided to me by representatives of the Debtors, and my communications with individuals who served as the principal points of contact for the Debtors regarding financial issues during the period in which the Debtors' chapter 11 cases were pending in this Court.

I declare under penalty of perjury under the laws of the United States of America, that, to the best of my knowledge, information and belief, and after reasonable inquiry, the foregoing is true and correct.

Dated: New York, New York
July 26, 2019

                                              /s/ *Hanh V. Huynh*
                                                 Hanh V. Huynh

# EXHIBIT A
## TOTAL DISBURSEMENTS ON DEBTOR BY DEBTOR BASIS

| DEBTOR | SEP. '18 | OCT. '18 | NOV. '18 | DEC. '18 | JAN. '19 | FEB. '19 | MAR. '19 | APR. '19 | MAY '19 | JUNE '19 | JULY '19 | CASE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PACHANGA | $0 | $98,704 | $95,942 | $50,161 | $30,776 | $89,728 | $0 | $0 | $7,465 | $99,759 | $117,113 | $589,647 |
| COROSSOL FIKA TOWER | $0 | $25,760 | $34,184 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $59,944 |
| COROSSOL LLC | $51 | $42 | $28 | $28 | $25 | $0 | $0 | $0 | $0 | $0 | | $174 |
| COROSSOL TRIBECA | $5,296 | $22,993 | $77,645 | $0 | $0 | $666 | $0 | $0 | $0 | $0 | | $106,599 |
| FIKA 41 W 58TH | $155 | $11,182 | $21,330 | $1,686 | $0 | $0 | $0 | $0 | $0 | $0 | | $34,354 |
| FIKA 66 PEARL | $231 | $16,665 | $22,510 | $1,319 | $0 | $0 | $0 | $0 | $0 | $0 | | $40,724 |
| FIKA 141 W 41ST | $21 | $13,403 | $27,158 | $532 | $181 | $0 | $0 | $0 | $0 | $0 | | $41,294 |
| FIKA 157 7TH | $437 | $20,944 | $24,762 | $1,164 | $0 | $0 | $0 | $0 | $0 | $0 | | $47,307 |
| FIKA 824 10TH | $13 | $25,860 | $46,406 | $1,899 | $0 | $0 | $0 | $0 | $0 | $0 | | $74,177 |
| FIKA CATERING | $0 | $25 | $25 | $28 | $25 | $0 | $0 | $0 | $0 | $0 | | $103 |
| FIKA ESPRESSO BARS | $17,767 | $146,562 | $60,648 | $5,298 | $283 | $219 | $0 | $0 | $0 | $0 | | $230,778 |
| FIKA TRIBECA | $11 | $17,228 | $17,157 | $1,268 | $230 | $0 | $0 | $0 | $0 | $0 | | $35,894 |
| FIKA WEB ORDERS | $129 | $117 | $638 | $158 | $0 | $0 | $0 | $0 | $0 | $0 | | $1,042 |
| MILA SOLUTIONS | $155,033 | $184,525 | $139,116 | $4,297 | $1,569 | $1,259 | $0 | $0 | $0 | $0 | | $485,800 |
| FIKA 10 PARK | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| FIKA 52 DUANE | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| FIKA 555 6TH | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| FIKA 600 LEXINGTON | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| FIKA 1331 LEXINGTON | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| FIKA COLUMBUS CIRCLE | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 |
| **TOTALS** | **$179,144** | **$584,010** | **$567,549** | **$67,837** | **$33,089** | **$91,872** | **$0** | **$0** | **$7,465** | **$99,759** | | **$1,747,837** |